

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

**BILL OF INFORMATION FOR CONSPIRACY**
**TO DEFRAUD THE UNITED STATES**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **19-189** |
| v. | * | SECTION: **SECT. T MAG. 3** |
| CARLANDA ALLEGRA ISAAC | * | VIOLATION: 18 U.S.C. § 371 |

\* \* \*

The United States Attorney charges that:

## INTRODUCTION

**A.    AT ALL TIMES MATERIAL HEREIN:**

1. Defendant, **CARLANDA ALLEGRA ISAAC ("ISAAC")**, lived in New Orleans, LA, in Orleans Parish, which is within the Eastern District of Louisiana.

2. Pelican Income Tax and Bookkeeping Services, LLC, ("Pelican Income Tax") was a tax preparation business located at 1200 Bridge City Avenue, Bridge City, Louisiana and 603 Veterans Blvd., Kenner, Louisiana. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

```
___ Fee_____
_X_ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__
```

B. **THE CONSPIRACY**:

## COUNT 1
### (Conspiracy to Defraud the United States)

4. The allegations in Part A are realleged and incorporated by reference as though fully set forth herein.

5. Beginning at a time unknown, and continuing until the date of this indictment, in the Eastern District of Louisiana and elsewhere, the defendant, **ISAAC**, and others known and unknown to the United States Attorney, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes, in violation of Title 18, United States Code, Section 371. The purpose and object of the conspiracy was to fraudulently minimize the tax liability and to fraudulently inflate the tax refund claimed on the tax returns of Pelican Income tax clients, and personal enrichment.

C. **MANNER AND MEANS**

6. Among the manner and means by which the defendant and her co-conspirators carried out the conspiracy were the following:

7. Defendant **ISAAC** and others aided and assisted in the filing of false U.S. Individual Income Tax Returns (IRS Forms 1040 or 1040A), which contained false information and resulted in false and fraudulent claims for tax refunds from the IRS.

8. Defendant **ISAAC** and others charged clients a fee for preparing their tax returns. The fee was often deducted from the clients' refunds.

9. It was a further part of the conspiracy that Defendant **ISAAC** and others would and did include false items on the federal income tax returns of clients including, but not limited to, false Household Help Income ("HSH") and false withholdings.

10. One or more of the co-conspirators would and did take steps to conceal the existence of the conspiracy.

### D. OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY:

11. On or about the dates listed below, in the Eastern District of Louisiana, Defendant **ISAAC**, and others both known and unknown to the United States Attorney, committed and caused to be committed overt acts, among others in the Eastern District of Louisiana, and elsewhere, including but not limited to the filing of false U.S. Individual Income Tax Returns for the following taxpayers that were false and fraudulent as to a material matter:

| Overt Act | Tax Year | Tax Form | Taxpayer Name | Date of Filing | False Entries |
|---|---|---|---|---|---|
| 11-A | 2014 | 1040A | C.N.M. | January 25, 2015 | Line 6c<br>Line 7<br>Line 40 |
| 11-B | 2014 | 1040A | J.J. | February 6, 2015 | Line 7<br>Line 40 |
| 11-C | 2014 | 1040 | T.P. | February 6, 2015 | Line 7<br>Line 64 |
| 11-D | 2014 | 1040A | M.M. | January 28, 2015 | Line 6c<br>Line 7<br>Line 40 |
| 11-E | 2015 | 1040 | CARLANDA ISSAC | February 28, 2016 | Line 68 |

3

All in violation of Title 18, United States Code, Section 371.


PETER G. STRASSER
UNITED STATES ATTORNEY

_____
CARTER K. D. GUICE, JR.
Assistant United States Attorney

_____
LAUREN CASTALDI
Trial Attorney, Tax Division


New Orleans, Louisiana
September 6, 2019

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

CARLANDA ALLEGRA ISSAC

**BILL OF INFORMATION FOR
CONSPIRACY TO DEFRAUD THE UNITED STATES**

Violation(s):

18 U.S.C. § 371

Filed _____, 20 19

_____, Clerk.

By _____

*[signature]*

_____, Deputy

*Assistant United States Attorney*
CARTER K.D. GUICE JR.